148 A.3d 751

M.E.M., PLAINTIFF-RESPONDENT, v.
R.M., DEFENDANT-PETITIONER.

July 26, 2016.

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002662-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

148 A.3d 751

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. CHRISTIAN ORTEGA-REY, DEFENDANT-
PETITIONER.

FILED July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-4235/4619/4933-12 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.